# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO CONTRERAS,<br><br>        Petitioner,<br><br>        v.<br><br>TIFFANY BAKER,<br><br>        Respondent. | Case No. EDCV 12-720-DSF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 11/22/13

                                                    DALE S. FISCHER<br>                                                    UNITED STATES DISTRICT JUDGE